THOMPSON LOWER PLLC
Raleigh C. Thompson, No. 11296
Ryan M. Lower, No. 9108
400 S. 4th Street, Suite 500
Las Vegas, Nevada 89101
Telephone: (702) 478-1404
Email: raleigh@thompsonlower.com
Email: ryan@thompsonlower.com

Attorneys for Defendant
Amazon Content Services, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAYE E. MANCINI, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>AMAZON CONTENT SERVICES, LLC., a Foreign Limited-Liability Company; CSC SERVICES OF NEVADA, INC., a Domestic Corporation; DOE INDIVIDUAL TREADMILL MANUFACTURERS, I through X, inclusive; ROE ENTITY TREADMILL MANUFACTURERS, I through X, inclusive; DOE INDIVIDUAL TREADMILL DISTRIBUTORS, I through X, inclusive; ROE ENTITY TREADMILL DISTRIBUTORS, I through X, inclusive; DOE INDIVIDUAL TREADMILL WHOLESALERS, I through X, inclusive; through X, inclusive; ROE ENTITY TREADMILL WHOLESALERS, I through X, inclusive; DOE INDIVIDUAL TREADMILL RETAILERS, I through X, inclusive; ROE ENTITY TREADMILL RETAILERS, I through X, inclusive; DOE INDIVIDUALS, I through X, inclusive; ROE ENTITIES, I through X, inclusive;<br><br>Defendants. | Case No. 2:26-cv-00200-GMN-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**(SECOND REQUEST)** |

T|L

Plaintiff Jaye E. Mancini ("Plaintiff") and Defendant Amazon Content Services, LLC ("Amazon") (collectively, the "Parties") stipulate to extend the discovery deadlines 60 days pursuant to Fed. R. Civ. P. 29(b) and LR 26-3 for the reasons set forth below. This is the Parties' second requested extension of these deadlines.

## I. DISCOVERY COMPLETED

1. The Parties conducted a telephonic conference under Fed. R. Civ. P. 26(f) and LR 26-1 on March 13, 2026.

2. The Court issued a Scheduling Order on March 30, 2026 (ECF No. 19).

3. Plaintiff served her initial disclosures on April 13, 2026.

4. Amazon served its initial disclosures on March 27, 2026.

5. Plaintiff served supplemental disclosures on June 9, 2026.

6. Amazon propounded a first set of requests for production of documents and interrogatories to Plaintiff on May 1, 2026, to which plaintiff responded to on June 9, 2026.

7. Amazon's experts performed an inspection of the product (treadmill) on June 9, 2026.

## II. DISCOVERY REMAINING

1. Additional written discovery between the Parties as necessary.

2. Third-party discovery including subpoenas for Plaintiff's additional medical records.

3. Depositions of the Parties.

4. Physical (and potentially) mental examination(s) of the Plaintiff.

5. Depositions of Plaintiff's treating physicians and healthcare providers.

6. Depositions of percipient witnesses to the alleged incident and/or Plaintiff's injuries.

7. Discovery concerning the third-party seller of the product (treadmill) at issue.

8. Initial expert disclosures.

9. Rebuttal expert disclosures.

10. Depositions of experts.

11. Any additional discovery the Parties deem relevant and necessary as discovery continues.

## III. REASONS DISCOVERY IS NOT COMPLETED

Pursuant to LR 26-3, good cause exists to extend the discovery deadlines 60 days. As set forth above, the Parties have diligently conducted discovery including the mutual exchange of initial disclosures of documents and information required by Fed. R. Civ. P. 26(f). Amazon also served a set of written discovery requests to Plaintiff, to which Plaintiff provided responses. The Parties' respective experts have inspected the product at issue (a treadmill), which is a critical component of this case in which Plaintiff alleges, among other things, a cause of action against Amazon for strict products liability. Amazon is gathering Plaintiff's medical records and the Parties are in the process of scheduling the Plaintiff's deposition, which they contemplate will occur within the next 30 days. The Parties have also agreed to prepare a stipulation with mutually agreeable terms for the physical (and potentially mental) examination of Plaintiff pursuant to Fed. R. Civ. P. 35. The Parties contemplate the examination(s) would occur within 30 days after Plaintiff's deposition, before the initial expert disclosure deadline. The Parties believe the

requested extension will provide the additional time needed to conduct this discovery. This request for an extension of time is made in good faith and is not sought for any improper purpose or other purpose of delay.

## IV. PROPOSED SCHEDULE

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery Cut-Off | November 2, 2026 | **January 4, 2027** |
| Initial Expert Disclosures | September 2, 2026 | **November 2, 2026** |
| Rebuttal Expert Disclosures | October 5, 2026 | **December 4, 2026** |
| Dispositive Motions | December 1, 2026 | **February 1, 2027** |
| Joint Proposed Pretrial Order | December 31, 2026 | **March 1, 2027** |

THOMPSON LOWER PLLC

[signature]

Raleigh C. Thompson, No. 11296
Ryan M. Lower, No. 9108
400 S. 4th Street, Suite 500
Las Vegas, Nevada 89101

Attorneys for Defendant
Amazon Content Services, LLC

EGLET LAW

*/s/ Joseph Troiano*

Robert T. Eglet
Joseph J. Troiano
350 South Rampart Blvd., Suite 310
Las Vegas, Nevada 89145

*AND*

G. DALLAS HORTON & ASSOCIATES
G. Dallas Horton
4435 South Eastern Avenue
Las Vegas, Nevada 89119

Attorneys for Plaintiff

**ORDER**

IT IS SO ORDERED.

[signature]

UNITED STATES MAGISTATE JUDGE

DATED: August 6, 2026

T|L